# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2014

## NO. 03-13-00745-CV

**Richard L. Spradley, Appellant**

**v.**

**Delia Spradley, Appellee**

---

### APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

---

This is an appeal from the order signed by the district court on November 7, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case to the district court for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.